ORDER
PER CURIAM:
On September 26, 2003, in a single-judge order, the Court denied the appellant’s November 14, 2001, application for attorney fees and expenses filed pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). On October 16, 2003, the appellant filed a timely motion for a panel decision. On December 2, 2003, the Court denied the motion for a panel decision. On December 19, 2003, the appellant filed a timely motion for a full-Court decision. “Motions for a full-Court decision are not favored. Ordinarily they will not be granted unless such action is necessary to secure or maintain uniformity of the Court’s decisions or to resolve a question of exceptional importance.” U.S. Vet.App. R. 35(c).
Upon consideration of the foregoing and the prior pleadings of the parties, it is
ORDERED that the motion for a full-Court decision is denied.